DANIEL G. BOGDEN
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN M. JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:15-CV-01600-GMN-VCF <br><br> STIPULATION TO EXTEND BRIEFING SCHEDULE |

    The parties stipulate and agree, subject to the Court's approval, that the schedule in this case be amended as follows:  The parties respectfully ask that the Court extend Defendant's time to file a Cross-Motion for Summary Judgment from FEBRUARY 27, 2016 to MARCH 27, 2016.  This stipulation is necessary because Defendant's Counsel has been assigned to other duties and the case is being reassigned to another Assistant

-1-

Regional Counsel in the Office of General Counsel who will need additional time to review the case.

The parties request this extension in good faith, with no intent to prolong proceedings unduly. Defendant apologizes for any inconvenience caused by this delay.

Dated: FEBRUARY 24, 2016          <u>/s/  David J. Otto</u>
                                  (email authorization)
                                  DAVID J. OTTO
                                  Attorney for Plaintiff

Dated: FEBRUARY 24, 2016          DANIEL G. OGDEN
                                  United States Attorney
                                  THEOPHOUS H. REAGANS

                           By:    <u>/s/ Theophous H. Reagans</u>
                                  THEOPHOUS H. REAGANS
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

**ORDER**

          APPROVED AND SO ORDERED.

DATED: 2-24-2016

                                  _____
                                  CAM FERENBACH
                                  UNITED STATES MAGISTRATE JUDGE

-2-